UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATEL MARITIME INVESTORS, LP, ET AL. | |
|          Plaintiffs | CIVIL ACTION NO. 08-1700 |
| VERSUS | |
| SEA MAR MANAGEMENT, L.L.C. | SECTION "G" |
| NABORS WELL SERVICES CO. AND | |
| NABORS INDUSTRIES, LTD | MAGISTRATE NO. 4 |
|          Defendants | |

**NOTICE OF APPEAL**

Notice is hereby given that ATEL Maritime Investors, LP, ATEL Maritime Investors, III, LP, and Kalakane, LLC ("ATEL"), Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit pursuant to Title 28 U.S.C. § 1291 from the Final Judgment entered in this action on the 24th day of June, 2013 (Rec. Doc. 605) and the District Court's Judgment and Reasons entered into this action on the 24th day of June, 2013 (Rec. Doc. 604), dismissing ATEL's claims against Sea Mar Management, LLC, Nabors Well Services Co., and Nabors Industries, Ltd.; and from the District Court's Order and Reasons dated December 18, 2009 and entered in this action on the 21st day of December, 2009 (Rec. Doc. 201), denying ATEL's Motion for Summary Judgment (Rec. Doc. 161); and from the Magistrate Judge's Order dated April 15, 2010 and entered in this action on the 19th day of April, 2010 (Rec. Doc. 257) and the District Court's Order and Reasons entered in this action on the 25th day of June, 2010 (Rec. Doc. 285), denying in part ATEL's Motion for Leave to File Plaintiffs' Third Amended Complaint (Rec. Doc. 237); and from the District Court's Order and Reasons dated May 13,

2010 and entered in this action on the 14th day of May, 2010 (Rec. Doc. 268), granting in part Nabors Industries, Ltd.'s and Nabors Well Services Co.'s Motions for Summary Judgment.

This 23rd day of July, 2013.

Respectfully submitted by,

　　　　/s/Glenn G. Goodier　　　　

GLENN G. GOODIER (#6130)
CHRISTOPHER S. MANN (#26397)
MATTHEW S. LEJEUNE (#32552)
Jones Walker LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:　(504) 582-8332
Facsimile:　(504) 589-8332
E-mail:　　ggoodier@joneswalker.com
E-mail:　　cmann@joneswalker.com
E-mail:　　mlejeune@joneswalker.com

*Attorneys for Plaintiffs, ATEL Maritime Investors, LP, ATEL Maritime Investors, III, LP, and Kalakane, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2013 a copy of the foregoing Notice of Appeal was served on counsel for all parties by electronic filing, facsimile, hand delivery and/or by mailing same by Unites States mail, properly addressed and first class postage prepaid.

　　　　/s/Glenn G. Goodier　　　　

{N2670122.1}